RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE _9/12/10_

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| KEITH ROMERO AND MICHELLE ROMERO | DOCKET NO. 6:10-cv-0077 |
| VERSUS | JUDGE DOHERTY |
| NORTH TRAIL RV CENTER AND NEWMAR CORPORATION | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that North Trail RV Center's motion to dismiss for lack of personal jurisdiction (Rec. Doc. 7) is DENIED, North Trail's alternative motion to transfer (Rec. Doc. 7) is GRANTED, and this matter is TRANSFERRED to the United States District Court for the Middle District of Florida.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Newmar Corporation's motion to transfer (Rec. Doc. 14) is DENIED AS MOOT.

Lafayette, Louisiana, this 14 day of September, 2010.

Rebecca F. Doherty
United States District Judge